# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 30  AM 7:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| KEVIN MILLEN, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| JUVENILE COURT, et al., | CASE NO: 05-2010 Ml/V |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, entered August 30, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 30, 2005
Date

_____
THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02010 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Kevin Millen
4104 Stillwood Dr.
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT